# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick D. Bashioum** | : | Case No. 12−23235−JAD |
| **Tammy L. Bashioum** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Bank of America, N.A. | : | |
| *Movant,* | : | Related to Claim No. 3 |
| | : | |
| v. | : | |
| Patrick D. Bashioum, | : | |
| Tammy L. Bashioum and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

   **AND NOW**, this **20th day of September, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Bank of America, N.A.*** at Claim No. 3 in the above−captioned bankruptcy case,

   It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

   (1)   an ***AMENDED CHAPTER 13 PLAN;***

   (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

   (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

   ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

<br>

                                                                        Jeffery A. Deller
                                                                        United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23235-JAD
Patrick D. Bashioum                                                 Chapter 13
Tammy L. Bashioum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz              Page 1 of 1          Date Rcvd: Sep 20, 2016
                             Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2016.
db/jdb      +Patrick D. Bashioum,    Tammy L. Bashioum,    P.O. Box 6,   Atlasburg, PA 15004-0006
            +Bank of America, N.A.,    Attn: Marlene Brookman,   16001 N. Dallas Pkwy,
              Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   First Horizon Home Loans a division of First Tennessee
               Bank National Association agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David W. Raphael    on behalf of Creditor   Nationstar Mortgage, LLC draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Lawrence W. Willis    on behalf of Debtor Patrick D. Bashioum help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Joint Debtor Tammy L. Bashioum help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Tammy L. Bashioum ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Patrick D. Bashioum ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8