**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick D. Bashioum** | : | Case No. 12–23235–JAD |
| **Tammy L. Bashioum** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Bank of America, N.A. | : | |
| *Movant,* | : | Related to Claim No. 3 |
| | : | |
| v. | : | |
| Patrick D. Bashioum | : | |
| Tammy L. Bashioum and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

     **AND NOW**, this **21st day of December, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Bank of America, N.A.*** at Claim No. in the above–captioned bankruptcy case,

     It is hereby ***ORDERED*** that ***on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an ***AMENDED CHAPTER 13 PLAN;***

    (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

     ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 12-23235-JAD
Patrick D. Bashioum                                                                         Chapter 13
Tammy L. Bashioum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1                Date Rcvd: Dec 21, 2016
                             Form ID: 237             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db/jdb          +Patrick D. Bashioum,    Tammy L. Bashioum,    P.O. Box 6,    Atlasburg, PA 15004-0006
                +Bank of America, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   First Horizon Home Loans a division of First Tennessee
          Bank National Association agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David W. Raphael    on behalf of Creditor   Nationstar Mortgage, LLC draphael@grenenbirsic.com,
          mcupec@grenenbirsic.com
          James  Warmbrodt    on behalf of Creditor   First Horizon Home Loans a division of First Tennessee
          Bank National Association bkgroup@kmllawgroup.com
          Lawrence W. Willis   on behalf of Joint Debtor Tammy L. Bashioum help@urfreshstrt.com,
          urfreshstrt@gmail.com
          Lawrence W. Willis   on behalf of Debtor Patrick D. Bashioum help@urfreshstrt.com,
          urfreshstrt@gmail.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Joint Debtor Tammy L. Bashioum ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.   on behalf of Debtor Patrick D. Bashioum ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 9