Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Patrick D. Bashioum** | : | Case No. 12–23235–JAD |
| **Tammy L. Bashioum** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Bank of America, N.A. | : | |
| *Movant,* | : | Related to Claim No. 3 |
| | : | |
| v. | : | |
| Patrick D. Bashioum and | : | |
| Tammy L. Bashioum | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**<u>ORDER</u>**

     **AND NOW**, this **21st day of March, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Bank of America, N.A.*** at Claim No. 3 in the above–captioned bankruptcy case,

     It is hereby ***ORDERED*** that ***on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

     ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                     <u>Jeffery A. Deller</u>
                                                     United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patrick D. Bashioum
Tammy L. Bashioum
    Debtors

Case No. 12-23235-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 21, 2017
                     Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db/jdb        +Patrick D. Bashioum,    Tammy L. Bashioum,    P.O. Box 6,    Atlasburg, PA 15004-0006
              +Bank of America, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee Bank National Association agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         David W. Raphael    on behalf of Creditor    Nationstar Mortgage, LLC draphael@grenenbirsic.com, mcupec@grenenbirsic.com
         James Warmbrodt    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee Bank National Association bkgroup@kmllawgroup.com
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage, LLC pabk@logs.com
         Lawrence W. Willis    on behalf of Debtor Patrick D. Bashioum help@urfreshstrt.com, urfreshstrt@gmail.com
         Lawrence W. Willis    on behalf of Joint Debtor Tammy L. Bashioum help@urfreshstrt.com, urfreshstrt@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paul W. McElrath, Jr.    on behalf of Debtor Patrick D. Bashioum ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Tammy L. Bashioum ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                           TOTAL: 10