**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/11/2017

IN RE:

PATRICK D. BASHIOUM                              Case No.12-23235 JAD
TAMMY L. BASHIOUM
P.O. BOX 6                                       Chapter 13
ATLASBURG,  PA  15004
XXX-XX-7178          Debtor(s)

XXX-XX-8690

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.


    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.


    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.


    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/11/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BANK OF AMERICA NA*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| PO BOX 15312 | Court Claim Number:3 | ACCOUNT NO.:  2799 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850-5312 | COMMENT:  PMT/DECL GOVS*DKT4PMT-LMT*2ND*BGN 7/12 | |

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOANS** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:6 | ACCOUNT NO.:  8485 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  PMT/PL-CL*465.15 x (60 + 2)=LMT*1ST/SCH*BGN 7/12 | |

| | | |
|---|---|---|
| **AIS SERVICES LLC** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 50 CALIFORNIA ST STE 1500 | Court Claim Number: | ACCOUNT NO.:  9023 |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94111 | COMMENT: | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:1-2 | ACCOUNT NO.:  4189 |
| | CLAIM:  6,577.39 | |
| NORFOLK, VA  23541 | COMMENT:  FR FIA CRD SVCS*DOC 54*AMD | |

| | | |
|---|---|---|
| **BANK OF AMERICA*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN FIA CARD SVCS-PMT SVCS | Court Claim Number: | ACCOUNT NO.:  8108 |
| 1000 SAMOSET DR | | |
| | CLAIM:  0.00 | |
| NEWARK, DE  19713 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN FIA CARD SVCS-PMT SVCS | Court Claim Number: | ACCOUNT NO.:  5724 |
| 1000 SAMOSET DR | | |
| | CLAIM:  0.00 | |
| NEWARK, DE  19713 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA*** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN FIA CARD SVCS-PMT SVCS | Court Claim Number: | ACCOUNT NO.:  4653 |
| 1000 SAMOSET DR | | |
| | CLAIM:  0.00 | |
| NEWARK, DE  19713 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA*** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN FIA CARD SVCS-PMT SVCS | Court Claim Number: | ACCOUNT NO.:  2022 |
| 1000 SAMOSET DR | | |
| | CLAIM:  0.00 | |
| NEWARK, DE  19713 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:10 | ACCOUNT NO.:  8580 |
| | CLAIM:  9,519.52 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:9 | ACCOUNT NO.:  8773 |
| | CLAIM:  6,784.57 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: 7225 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **CHASE** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 7760 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **CHASE** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 4007 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **CHASE** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 7189 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **CHASE** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 8554 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **CITIBANK NA(*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: 6397 |
| | CLAIM:  0.00 | |
| URBANDALE, IA  50323 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **CITIBANK NA(*)** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: 1462 |
| | CLAIM:  0.00 | |
| URBANDALE, IA  50323 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | ACCOUNT NO.: 8744 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28272-0923 | COMMENT: | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 2882 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT:  TRI STATE SURGERY CENTER/SCH | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 7017 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT:  HEALTH SERVICE/SCH | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  5996 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **ESCALLATE LLC++** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 714017 | Court Claim Number: | ACCOUNT NO.:  8867 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218-6021 | COMMENT:  NT ADR/SCH~EMP OF BROOKE COUNTY/SCH | |

| | | |
|---|---|---|
| **AT & T MOBILITY II LLC** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AT & T SERVICES INC | Court Claim Number:5 | ACCOUNT NO.:  8795 |
| ONE AT & T WAY RM 3A104 | | |
| | CLAIM:  1,152.27 | |
| BEDMINSTER, NJ  07921 | COMMENT:  9945/SCH | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 400* | Court Claim Number: | ACCOUNT NO.:  2032 |
| | CLAIM:  0.00 | |
| INDIANA, PA  15701 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number: | ACCOUNT NO.:  2537 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44122-5662 | COMMENT:  ENT/SCH | |

| | | |
|---|---|---|
| **FIRST TENNESSEE BANK** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6522 CHAPMAN HWY* | Court Claim Number: | ACCOUNT NO.:  6489 |
| | CLAIM:  0.00 | |
| KNOXVILLE, TN  37920 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **FRDF/CBSD** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6497 | Court Claim Number: | ACCOUNT NO.:  1765 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **BEST BUY++** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 17298 | Court Claim Number: | ACCOUNT NO.:  9328 |
| | CLAIM:  0.00 | |
| BALTIMORE, MD  21297 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH~GEMB/SCH | |

| | | |
|---|---|---|
| **CAPITAL RECOVERY V LLC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number:4 | ACCOUNT NO.:  7096 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  3,335.58 | |
| MIAMI, FL  33131-1605 | COMMENT:  GEMB LOWES*FR GEMB~GECRB*DOC 66 | |

| | | |
|---|---|---|
| **GEMB/JCPENNEY++** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTENTION:  BANKRUPTCY | Court Claim Number: | ACCOUNT NO.:  4304 |
| PO BOX 103104 | | |
| | CLAIM:  0.00 | |
| ROSWELL, GA  30076 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| GEMB / OLD NAVY++ | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTENTION: BANKRUPTCY | Court Claim Number: | ACCOUNT NO.: 9426 |
| PO BOX 103104 | | |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| WAL MART++ | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O GE MONEY BANK | Court Claim Number: | ACCOUNT NO.: 2358 |
| POB 103104 | | |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| HANCOCK COUNTY SAVINGS & LOAN | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BOX 245 | Court Claim Number: | ACCOUNT NO.: 6902 |
| | CLAIM: 0.00 | |
| CHESTER, WV 26034 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| HANCOCK COUNTY SAVINGS & LOAN | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BOX 245 | Court Claim Number: | ACCOUNT NO.: 1788 |
| | CLAIM: 0.00 | |
| CHESTER, WV 26034 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| HANCOCK COUNTY SAVINGS & LOAN | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BOX 245 | Court Claim Number: | ACCOUNT NO.: 1710 |
| | CLAIM: 0.00 | |
| CHESTER, WV 26034 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| HSBC BANK++ | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: 8489 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH~BEST BUY/SCH | |

| HSBC BANK++ | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: 4924 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH~BON TON/SCH | |

| HSBC BANK++ | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: 9322 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH~SUZUKI/SCH | |

| KOHL'S | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 2983 | Court Claim Number: | ACCOUNT NO.: 1152 |
| | CLAIM: 0.00 | |
| MILWAUKEE, WI 53201-2983 | COMMENT: NT ADR/SCH~CHASE/SCH | |

| KOHL'S | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 2983 | Court Claim Number: | ACCOUNT NO.: 1852 |
| | CLAIM: 0.00 | |
| MILWAUKEE, WI 53201-2983 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH~CHASE/SCH | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:2 | ACCOUNT NO.: 1340 |
| | CLAIM: 1,232.60 | |
| OKLAHOMA CITY, OK 73126-8941 | COMMENT: BANK OF AMERICA | |

| NATIONWIDE RECOVERY SYSTEM++ | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2304 TARPLEY RD STE 134 | Court Claim Number: | ACCOUNT NO.: 5154 |
| | CLAIM: 0.00 | |
| CARROLLTON, TX 75006 | COMMENT: ATT MOBILITY/SCH | |

| PNC BANK NA | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number: | ACCOUNT NO.: 4428 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44101 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| PNC BANK NA | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number: | ACCOUNT NO.: 7305 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44101 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:7 | ACCOUNT NO.: 2358 |
| | CLAIM: 313.69 | |
| NORFOLK, VA 23541 | COMMENT: GEMB WAL MART | |

| PROVIDENT BANK** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1 E 4TH ST 225D* | Court Claim Number: | ACCOUNT NO.: 8842 |
| | CLAIM: 0.00 | |
| CINCINNATI, OH 45202 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| PROVIDENT BANK** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1 E 4TH ST 225D* | Court Claim Number: | ACCOUNT NO.: 2412 |
| | CLAIM: 0.00 | |
| CINCINNATI, OH 45202 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| RADIOSHACK/CBSD | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 6497 | Court Claim Number: | ACCOUNT NO.: 5521 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| SEARS/CITI CARD USA*++ | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.: 9054 |
| POB 182149* | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| SEARS/CITI CARD USA*++ | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.: 5245 |
| POB 182149* | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| STERLING INC/DBA SHAWS JWLRS | Trustee Claim Number:51  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 375 GHENT RD | Court Claim Number: | ACCOUNT NO.: 3660 |
| | CLAIM: 0.00 | |
| AKRON, OH 44333 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| TARGET NATIONAL BANK | Trustee Claim Number:52  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN AND RILEY PS | Court Claim Number: | ACCOUNT NO.: 0318 |
| POB 3978 | CLAIM: 0.00 | |
| SEATTLE, WA 98124-3978 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| THD/CBSD | Trustee Claim Number:53  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 6497 | Court Claim Number: | ACCOUNT NO.: 0988 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| THD/CBSD | Trustee Claim Number:54  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 6497 | Court Claim Number: | ACCOUNT NO.: 1107 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| TRACT/CBSD++ | Trustee Claim Number:55  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 9714 | Court Claim Number: | ACCOUNT NO.: 0558 |
| | CLAIM: 0.00 | |
| GRAY, TN 37615 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| CITIBANK/UNIVERSAL CARD SVCS** | Trustee Claim Number:56  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: 7424 |
| | CLAIM: 0.00 | |
| URBANDALE, IA 50323 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| CITIBANK/UNIVERSAL CARD SVCS** | Trustee Claim Number:57  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: 4313 |
| | CLAIM: 0.00 | |
| URBANDALE, IA 50323 | COMMENT: NO$/SCH~INFO ONLY/SCH | |

| WORLD FINCL NETWORK NATL BANK/ | Trustee Claim Number:58  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| EXPRESS | Court Claim Number: | ACCOUNT NO.: 3017 |
| POB 182124 | CLAIM: 0.00 | |
| COLUMBUS, OH 43218-2124 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| GANDER MOUNTAIN | Trustee Claim Number:59  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2088 INTERCHANGE RD | Court Claim Number: | ACCOUNT NO.: 1698 |
| | CLAIM: 0.00 | |
| ERIE, PA 16565 | COMMENT: NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| WORLDS FOREMOST BANK - CABELAS CLUB V | Trustee Claim Number:60  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 82609 | Court Claim Number:8 | ACCOUNT NO.: 6849 |
| | CLAIM: 3,937.74 | |
| LINCOLN, NE 68501-2609 | COMMENT: CABELAS | |

CLAIM RECORDS

| | | |
|---|---|---|
| **WORLDS FOREMOST BANK** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 82609 | Court Claim Number: | ACCOUNT NO.:  7716 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501-2609 | COMMENT:  NT ADR/SCH~NO$/SCH~INFO ONLY/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**\*\* | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 15312 | Court Claim Number:3 | ACCOUNT NO.:  2799 |
| | CLAIM:  143.13 | |
| WILMINGTON, DE  19850-5312 | COMMENT:  $/PL-CL*THRU 6/12 | |

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOANS** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:6 | ACCOUNT NO.:  8485 |
| PO BOX 619094 | | |
| | CLAIM:  563.31 | |
| DALLAS, TX  75261-9741 | COMMENT:  $/PL-CL*1ST/SCH*THRU 6/12 | |

| | | |
|---|---|---|
| **DAVID W RAPHAEL** | Trustee Claim Number:64  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| GRENEN AND BIRSIC PC | Court Claim Number: | ACCOUNT NO.: |
| 1 GATEWAY CENTER 9TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15222 | COMMENT:  NATIONSTAR MORTGAGE/PRAE | |