**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Patrick D. Bashioum**
**Tammy L. Bashioum**
Debtor(s)

Bankruptcy Case No.: 12−23235−JAD
Doc. No. 258
Chapter: 13
Docket No.: 259 − 258

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 28th day of June, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/17/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/26/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/17/17.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23235-JAD
Patrick D. Bashioum                                                       Chapter 13
Tammy L. Bashioum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 3              Date Rcvd: Jun 28, 2017
                              Form ID: 408            Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
```
db/jdb       +Patrick D. Bashioum,   Tammy L. Bashioum,    P.O. Box 6,   Atlasburg, PA 15004-0006
cr           +BANK OF AMERICA, N.A.,    2380 Performance Dr,   Richardson, TX 75082-4333
cr           +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
               Woodland Hills, CA 91364-6207
intp         +Quality Rolls,   Attention: Payroll Administrator,    1101 Muriel Street,
               Pittsburgh, PA 15203-1151
13409352    #+AIS Services LLC,    50 California St. STE 150,   San Francisco, CA 94111-4612
13409351     +Ais Services Llc,    8996 Miramar Road,   Suite 220,   San Diego, CA 92126-4451
13409354    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    4161 Piedmont Parkway,   Greensboro, NC 27410)
14216386      Bank of America,   PO Box 15312,    Wilmington, DE 19850-5312
13440279     +Bank of America, N.A.,    Bankruptcy Department,   NC4-105-02-99,   P.O. Box 26012,
               Greensboro, North Carolina 27420-6012
13409357    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13409358     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13409359     +Chase/Cc,   Po Box 15298,    Wilmington, DE 19850-5298
13409360     +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
13409361     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13409362     +Citifinancial Retail,    Po Box 499,   Hanover, MD 21076-0499
13409364     +ERS Solutions, Inc.,    PO Box 9004,   Renton, WA 98057-9004
13409369    ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,   SUITE 300,   IRVING TX 75038-2231
             (address filed with court: First Horizon Home Loans,    4000 Horizon Way,   Irving, TX 75063)
13409366     +Financial Asset Mgmt,    Po Box 451409,   Atlanta, GA 31145-9409
13409368     +First Federal Credit,    24700 Chagrin Boulevard,   Suite 2,   Cleveland, OH 44122-5662
13409370     +First Tennessee Bank,    1555 Lynnfield Road,   Memphis, TN 38119-7227
13409371     +Frdf/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
13409375      Gemb/Jcpennet,   Po Box 984100,    El Paso, TX 79998
13428311    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bestbuy,    Po Box 15519,   Wilmington, DE 19850)
13409378     +Hancock County Savings,    351 Carolina Avenue # 245,   Chester, WV 26034-1127
13409379     +Hsbc/Bonton,   Po Box 15221,    Wilmington, DE 19850-5221
13409381     +Hsbc/Suzki,   Po Box 703,    Wood Dale, IL 60191-0703
13428313     +Hsbc/Suzuki,   Po Box 703,    Wood Dale, IL 60191-0703
13492707    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
               Lewisville, TX 75067)
13492708      Nationstar Mortgage, LLC,    c/o David W. Raphael, Esquire,   Grenen & Birsic, PC,
               One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13409384     +Nationwide Recovery Sy,    2304 Tarpley Rd Ste 134,   Carrollton, TX 75006-2470
13428316     +Nationwide Recovery Systems,    2304 Tarpley Road, Suite 134,   Carrollton, TX 75006-2470
13409385     +Pnc Ne Er,   4661 East Main Street,    Columbus, OH 43213-3298
13409388     +Provident Bank,   1 East 4th Street,    Cincinnati, OH 45202-3717
13409389     +Radio/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
13409390     +Sears/Cbsd,   Po Box 6189,    Sioux Falls, SD 57117-6189
13409392     +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
13409393     +Thd/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
13409394     +Tract/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
13409395     +Unvl/Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13409396     +Wfnnb/Express,   Po Box 330066,    Northglenn, CO 80233-8066
13409397     +Wfnnb/Gander Mountain,    4590 East Broad Street,   Columbus, OH 43213-1301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:10
               PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
cr            E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:51:10
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13409353      E-mail/Text: g20956@att.com Jun 29 2017 00:58:40     AT & T Mobility,   1801 Valley View Lane,
               Dallas, TX 75234-8906
13495033     +E-mail/Text: g20956@att.com Jun 29 2017 00:58:40     AT&T Mobility II LLC,
               %AT&T SERVCIES INC.,   JAMES GRUDUS, ESQ,   ONE AT&T WAY, ROOM 3A218,
               BEDMINSTER, NJ. 07921-2693
13438279      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 29 2017 01:16:00
               American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
13617524      E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:51:10     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
13409363     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 29 2017 00:58:35
               Credit Management Co,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13409365     +E-mail/Text: bankruptcies@escallate.com Jun 29 2017 00:57:02     Escallate Llc,
               5200 Stoneham Road,   North Canton, OH 44720-1584
```

```
District/off: 0315-2           User: msch                  Page 2 of 3                   Date Rcvd: Jun 28, 2017
                               Form ID: 408                Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13409367       +E-mail/Text: bankruptcynotice@fcbanking.com Jun 29 2017 00:57:13      First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
13445526        E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:04      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13409372       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:19      Gemb/Best Buy,    Po Box 981439,
                 El Paso, TX 79998-1439
13409373        E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:19      Gemb/Ge Money Bank Lowes,
                 Po Box 103065,    Roswell, GA 30076
13409374        E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:50:51      Gemb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13428307        E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:19      Gemb/Jcpenney,    Po Box 984100,
                 El Paso, TX 79998
13409376       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:50:51      Gemb/Old Navy,    Po Box 981400,
                 El Paso, TX 79998-1400
13409377       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:50:51      Gemb/Walmart Dc,    Po Box 981400,
                 El Paso, TX 79998-1400
13409382       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 29 2017 00:57:17      Kohls/Chase,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
13428315       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 29 2017 00:58:00      Midland Credit Management,
                 8875 Aero Drive,   San Diego, CA 92123-2255
13409383       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 29 2017 00:58:00      Midland Credit Mgmt,
                 8875 Aero Dr,    San Diego, CA 92123-2255
13576069        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:23
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,   Norfolk, VA 23541
13500301        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:09
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13409386       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:09
                 Portfolio Recovery & Affil,    120 Corporate Boulevard,    Suite 1,   Norfolk, VA 23502-4952
13617525        E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:51:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13409391       +E-mail/Text: ebnsterling@weltman.com Jun 29 2017 00:57:26      Shaws Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4601
13501354        E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 29 2017 00:59:03      WORLD’S FOREMOST BANK,
                 CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13409398       +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 29 2017 00:59:03      Worlds Foremost Bank,
                 4800 Nw 1st Street,    Suite 300,   Lincoln, NE 68521-4463
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             First Horizon Home Loans a division of First Tenne
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX   75067)
13428288*      AT & T Mobility,    1801 Valley View Lane,   Dallas, TX 75234-8906
13428287*     +Ais Services Llc,    8996 Miramar Road,   Suite 220,   San Diego, CA 92126-4451
13428289*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    4161 Piedmont Parkway,    Greensboro, NC 27410)
13428841*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13428291*     +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
13428290*     +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
13428292*    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13428293*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13428295*     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13428294*     +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
13428296*     +Citifinancial Retail,    Po Box 499,   Hanover, MD 21076-0499
13428297*     +Credit Management Co,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13428298*     +Escallate Llc,    5200 Stoneham Road,   North Canton, OH 44720-1584
13428302*    ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,   IRVING TX 75038-2231
               (address filed with court: First Horizon Home Loans,    4000 Horizon Way,    Irving, TX 75063)
13428300*     +First Commonwealth Bank,    601 Philadelphia Street,   Indiana, PA 15701-3952
13428301*     +First Federal Credit,    24700 Chagrin Boulevard,   Suite 2,   Cleveland, OH 44122-5662
13428303*     +First Tennessee Bank,    1555 Lynnfield Road,   Memphis, TN 38119-7227
13428304*     +Frdf/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
13428305*     +Gemb/Best Buy,    Po Box 981439,   El Paso, TX 79998-1439
13428306*      Gemb/Ge Money Bank Lowes,    Po Box 103065,   Roswell, GA 30076
13428308*     +Gemb/Old Navy,    Po Box 981400,   El Paso, TX 79998-1400
13428309*     +Gemb/Walmart Dc,    Po Box 981400,   El Paso, TX 79998-1400
13409380*    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/Bsbuy,    Po Box 15519,   Wilmington, DE 19850)
13428310*     +Hancock County Savings,    351 Carolina Avenue # 245,    Chester, WV 26034-1127
13428312*     +Hsbc/Bonton,    Po Box 15221,   Wilmington, DE 19850-5221
13428314*     +Kohls/Chase,    N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
```

```
District/off: 0315-2           User: msch                  Page 3 of 3                   Date Rcvd: Jun 28, 2017
                               Form ID: 408                Total Noticed: 67


              ***** BYPASSED RECIPIENTS (continued) *****
13498101*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                   (address filed with court:    Nationstar Mortgage, LLC,    Bankruptcy Department,
                    350 Highland Drive,    Lewisville, TX 75067)
13845655*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court:    Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13428317*         +Pnc Ne Er,    4661 East Main Street,    Columbus, OH 43213-3298
13428318*         +Portfolio Recovery & Affil,    120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
13428319*         +Provident,    Po Box 1844,    Cincinnati, OH 45201-1844
13428320*         +Provident Bank,    1 East 4th Street,    Cincinnati, OH 45202-3717
13428321*         +Radio/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13428322*         +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13428323*         +Shaws Jewelers,    375 Ghent Road,    Fairlawn, OH 44333-4601
13428324*         +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13428325*         +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13428326*         +Tract/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13428327*         +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13428328*         +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
13428329*         +Wfnnb/Gander Mountain,    4590 East Broad Street,    Columbus, OH 43213-1301
13428330*         +Worlds Foremost Bank,    4800 Nw 1st Street,    Suite 300,    Lincoln, NE 68521-4463
13409356        ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
13409355        ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
13428299        ##+Financial Asset Management,    Po Box 451409,    Atlanta, GA 31145-9409
13409387        ##+Provident,    Po Box 1844,    Cincinnati, OH 45201-1844
                                                                                               TOTALS: 1, * 43, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
               Bank National Association agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David W. Raphael    on behalf of Creditor    Nationstar Mortgage, LLC draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
               Bank National Association bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage, LLC pabk@logs.com
              Lawrence W. Willis    on behalf of Debtor Patrick D. Bashioum help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Joint Debtor Tammy L. Bashioum help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Tammy L. Bashioum ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Patrick D. Bashioum ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10
```