## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    PATRICK D. BASHIOUM
    TAMMY L. BASHIOUM
        Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
        Movant
        vs.
    No Repondents.

Case No.:12-23235 JAD

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2017

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/26/2012  and confirmed on 10/10/12 .  The case was subsequently          Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,355.07 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,355.07 |

| Administrative Fees | |
|---|---:|
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 4,400.00 |
| Trustee Fee | 1,471.26 |
| Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 5,871.26 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA NA** | 0.00 | 4,217.87 | 0.00 | 4,217.87 |
| Acct: 2799 | | | | |
| FIRST HORIZON HOME LOANS | 0.00 | 28,750.49 | 0.00 | 28,750.49 |
| Acct: 8485 | | | | |
| BANK OF AMERICA NA** | 143.13 | 143.13 | 0.00 | 143.13 |
| Acct: 2799 | | | | |
| FIRST HORIZON HOME LOANS | 563.31 | 563.31 | 0.00 | 563.31 |
| Acct: 8485 | | | | |
| | | | | 33,674.80 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 1,429.88 | 1,429.88 | 0.00 | 0.00 |
| Acct: | | | | |
| PATRICK D. BASHIOUM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON MAZZEI ESQ | 1,911.50 | 1,911.50 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 58.62 | 58.62 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON MAZZEI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX9-16 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| AIS SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9023 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,577.39 | 161.97 | 0.00 | 161.97 |
| Acct: 4189 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |

12-23235 JAD

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8108 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5724 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4653 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2022 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 9,519.52 | 234.42 | 0.00 | 234.42 |
| Acct: 8580 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,784.57 | 167.06 | 0.00 | 167.06 |
| Acct: 8773 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7225 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7760 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4007 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7189 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8554 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6397 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1462 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8744 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2882 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7017 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5996 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8867 | | | | |
| AT & T MOBILITY II LLC | 1,152.27 | 28.37 | 0.00 | 28.37 |
| Acct: 8795 | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2032 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2537 | | | | |
| FIRST TENNESSEE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6489 | | | | |
| FRDF/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1765 | | | | |
| BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9328 | | | | |
| CAPITAL RECOVERY V LLC | 3,335.58 | 82.14 | 0.00 | 82.14 |
| Acct: 7096 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4304 | | | | |
| GEMB / OLD NAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9426 | | | | |
| WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2358 | | | | |
| HANCOCK COUNTY SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6902 | | | | |
| HANCOCK COUNTY SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1788 | | | | |
| HANCOCK COUNTY SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |

12-23235 JAD

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1710 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8489 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4924 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9322 | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1152 | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1852 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MI | 1,232.60 | 30.35 | 0.00 | 30.35 |
| Acct: 1340 | | | | |
| NATIONWIDE RECOVERY SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5154 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4428 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7305 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 313.69 | 7.73 | 0.00 | 7.73 |
| Acct: 2358 | | | | |
| PROVIDENT BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8842 | | | | |
| PROVIDENT BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2412 | | | | |
| RADIOSHACK/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5521 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9054 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5245 | | | | |
| STERLING INC/DBA SHAWS JWLRS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3660 | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0318 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0988 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1107 | | | | |
| TRACT/CBSD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0558 | | | | |
| CITIBANK/UNIVERSAL CARD SVCS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7424 | | | | |
| CITIBANK/UNIVERSAL CARD SVCS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4313 | | | | |
| WORLD FINCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3017 | | | | |
| GANDER MOUNTAIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1698 | | | | |
| WORLDS FOREMOST BANK - CABELAS ( | 3,937.74 | 96.97 | 0.00 | 96.97 |
| Acct: 6849 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7716 | | | | |
| DAVID W RAPHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 809.01 |

TOTAL PAID TO CREDITORS                                                      34,483.81

TOTAL
CLAIMED            0.00
PRIORITY         706.44
SECURED       32,853.36


Date: 06/27/2017                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PATRICK D. BASHIOUM
    TAMMY L. BASHIOUM
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:12-23235 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                          BY THE COURT:

                          _____
                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 12-23235-JAD
Patrick D. Bashioum                                                                       Chapter 13
Tammy L. Bashioum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch          Page 1 of 3          Date Rcvd: Jun 28, 2017
                             Form ID: pdf900      Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
```
db/jdb      +Patrick D. Bashioum,    Tammy L. Bashioum,    P.O. Box 6,    Atlasburg, PA 15004-0006
cr          +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr          +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
             Woodland Hills, CA 91364-6207
intp        +Quality Rolls,    Attention: Payroll Administrator,    1101 Muriel Street,
             Pittsburgh, PA 15203-1151
13409352    #+AIS Services LLC,    50 California St. STE 150,    San Francisco, CA 94111-4612
13409351    +Ais Services Llc,    8996 Miramar Road,    Suite 220,    San Diego, CA 92126-4451
13409354    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     4161 Piedmont Parkway,    Greensboro, NC 27410)
14216386    Bank of America,    Po Box 15312,    Wilmington, DE  19850-5312
13440279    +Bank of America, N.A.,    Bankruptcy Department,    NC4-105-02-99,    P.O. Box 26012,
             Greensboro, North Carolina 27420-6012
13409357    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13409358    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13409359    +Chase/Cc,    Po Box 15298,    Wilmington, DE 19850-5298
13409360    +Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13409361    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13409362    +Citifinancial Retail,    Po Box 499,    Hanover, MD 21076-0499
13409364    +ERS Solutions, Inc.,    PO Box 9004,    Renton, WA 98057-9004
13409369    ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
             (address filed with court: First Horizon Home Loans,    4000 Horizon Way,    Irving, TX 75063)
13409366    +Financial Asset Mgmt,    Po Box 451409,    Atlanta, GA 31145-9409
13409368    +First Federal Credit,    24700 Chagrin Boulevard,    Suite 2,    Cleveland, OH 44122-5662
13409370    +First Tennessee Bank,    1555 Lynnfield Road,    Memphis, TN 38119-7227
13409371    +Frdf/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13409375    Gemb/Jcpennet,    Po Box 984100,    El Paso, TX 79998
13428311    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bestbuy,    Po Box 15519,    Wilmington, DE 19850)
13409378    +Hancock County Savings,    351 Carolina Avenue # 245,    Chester, WV 26034-1127
13409379    +Hsbc/Bonton,    Po Box 15221,    Wilmington, DE 19850-5221
13409381    +Hsbc/Suzki,    Po Box 703,    Wood Dale, IL 60191-0703
13428313    +Hsbc/Suzuki,    Po Box 703,    Wood Dale, IL 60191-0703
13492707    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
             Lewisville, TX  75067)
13492708    Nationstar Mortgage, LLC,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
             One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13409384    +Nationwide Recovery Sy,    2304 Tarpley Rd Ste 134,    Carrollton, TX 75006-2470
13428316    +Nationwide Recovery Systems,    2304 Tarpley Road, Suite 134,    Carrollton, TX 75006-2470
13409385    +Pnc Ne Er,    4661 East Main Street,    Columbus, OH 43213-3298
13409388    +Provident Bank,    1 East 4th Street,    Cincinnati, OH 45202-3717
13409389    +Radio/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13409390    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13409392    +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13409393    +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13409394    +Tract/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13409395    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13409396    +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
13409397    +Wfnnb/Gander Mountain,    4590 East Broad Street,    Columbus, OH 43213-1301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 01:15:42
             PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr          E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:51:11
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
             Miami, FL  33131-1605
13409353    E-mail/Text: g20956@att.com Jun 29 2017 00:58:40     AT & T Mobility,    1801 Valley View Lane,
             Dallas, TX 75234-8906
13495033    +E-mail/Text: g20956@att.com Jun 29 2017 00:58:40     AT&T Mobility II LLC,
             %AT&T SERVCIES INC.,    JAMES GRUDUS, ESQ,    ONE AT&T WAY, ROOM 3A218,
             BEDMINSTER, NJ. 07921-2693
13438279    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 29 2017 01:16:00
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
13617524    E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:51:11     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
             Miami, FL 33131-1605
13409363    +E-mail/Text: harisadiaz@creditmanagementcompany.com Jun 29 2017 00:58:35
             Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13409365    +E-mail/Text: bankruptcies@escallate.com Jun 29 2017 00:57:02     Escallate Llc,
             5200 Stoneham Road,    North Canton, OH 44720-1584
```

```
District/off: 0315-2          User: msch              Page 2 of 3              Date Rcvd: Jun 28, 2017
                              Form ID: pdf900         Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13409367     +E-mail/Text: bankruptcynotice@fcbanking.com Jun 29 2017 00:57:14     First Commonwealth Bank,
              601 Philadelphia Street,    Indiana, PA 15701-3952
13445526      E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:50:52     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13409372     +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:50:51     Gemb/Best Buy,   Po Box 981439,
              El Paso, TX 79998-1439
13409373      E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:20     Gemb/Ge Money Bank Lowes,
              Po Box 103065,   Roswell, GA 30076
13409374      E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:20     Gemb/Jcp,   Po Box 984100,
              El Paso, TX 79998
13428307      E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:05     Gemb/Jcpenney,    Po Box 984100,
              El Paso, TX 79998
13409376     +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:05     Gemb/Old Navy,    Po Box 981400,
              El Paso, TX 79998-1400
13409377     +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2017 00:51:06     Gemb/Walmart Dc,   Po Box 981400,
              El Paso, TX 79998-1400
13409382     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 29 2017 00:57:17     Kohls/Chase,
              N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
13428315     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 29 2017 00:58:00     Midland Credit Management,
              8875 Aero Drive,   San Diego, CA 92123-2255
13409383     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 29 2017 00:58:00     Midland Credit Mgmt,
              8875 Aero Dr,   San Diego, CA 92123-2255
13576069      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:17
              Portfolio Recovery Associates, LLC,    P.O. Box 41067,   Norfolk, VA 23541
13500301      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:17
              Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13409386     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 00:59:24
              Portfolio Recovery & Affil,   120 Corporate Boulevard,    Suite 1,   Norfolk, VA 23502-4952
13617525      E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2017 00:51:11
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13409391     +E-mail/Text: ebnsterling@weltman.com Jun 29 2017 00:57:27     Shaws Jewelers,   375 Ghent Road,
              Fairlawn, OH 44333-4601
13501354      E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 29 2017 00:59:03     WORLD'S FOREMOST BANK,
              CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
13409398     +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 29 2017 00:59:03     Worlds Foremost Bank,
              4800 Nw 1st Street,    Suite 300,   Lincoln, NE 68521-4463
                                                                                        TOTAL: 26


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            First Horizon Home Loans a division of First Tenne
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
              Lewisville, TX  75067)
13428288*     AT & T Mobility,    1801 Valley View Lane,   Dallas, TX 75234-8906
13428287*    +Ais Services Llc,    8996 Miramar Road,   Suite 220,   San Diego, CA 92126-4451
13428289*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    4161 Piedmont Parkway,   Greensboro, NC 27410)
13428841*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
              Wilmington, DE 19886-5102)
13428291*    +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
13428290*    +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13428292*    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13428293*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13428295*    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13428294*    +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
13428296*    +Citifinancial Retail,    Po Box 499,   Hanover, MD 21076-0499
13428297*    +Credit Management Co,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13428298*    +Escallate Llc,   5200 Stoneham Road,   North Canton, OH 44720-1584
13428302*    ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,   SUITE 300,   IRVING TX 75038-2231
             (address filed with court: First Horizon Home Loans,    4000 Horizon Way,   Irving, TX 75063)
13428300*    +First Commonwealth Bank,   601 Philadelphia Street,    Indiana, PA 15701-3952
13428301*    +First Federal Credit,   24700 Chagrin Boulevard,    Suite 2,   Cleveland, OH 44122-5662
13428303*    +First Tennessee Bank,   1555 Lynnfield Road,   Memphis, TN 38119-7227
13428304*    +Frdf/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13428305*    +Gemb/Best Buy,   Po Box 981439,   El Paso, TX 79998-1439
13428306*     Gemb/Ge Money Bank Lowes,   Po Box 103065,   Roswell, GA 30076
13428308*    +Gemb/Old Navy,   Po Box 981400,   El Paso, TX 79998-1400
13428309*    +Gemb/Walmart Dc,   Po Box 981400,   El Paso, TX 79998-1400
13409380*    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
13428310*    +Hancock County Savings,    351 Carolina Avenue # 245,   Chester, WV 26034-1127
13428312*    +Hsbc/Bonton,   Po Box 15221,   Wilmington, DE 19850-5221
13428314*    +Kohls/Chase,   N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
```

```
District/off: 0315-2            User: msch              Page 3 of 3              Date Rcvd: Jun 28, 2017
                               Form ID: pdf900         Total Noticed: 67

              ***** BYPASSED RECIPIENTS (continued) *****
13498101*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   Bankruptcy Department,
              350 Highland Drive,   Lewisville, TX 75067)
13845655*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13428317*    +Pnc Ne Er,   4661 East Main Street,   Columbus, OH 43213-3298
13428318*    +Portfolio Recovery & Affil,   120 Corporate Boulevard,   Suite 1,   Norfolk, VA 23502-4952
13428319*    +Provident,   Po Box 1844,   Cincinnati, OH 45201-1844
13428320*    +Provident Bank,   1 East 4th Street,   Cincinnati, OH 45202-3717
13428321*    +Radio/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13428322*    +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
13428323*    +Shaws Jewelers,   375 Ghent Road,   Fairlawn, OH 44333-4601
13428324*    +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
13428325*    +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13428326*    +Tract/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13428327*    +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13428328*    +Wfnnb/Express,   Po Box 330066,   Northglenn, CO 80233-8066
13428329*    +Wfnnb/Gander Mountain,   4590 East Broad Street,   Columbus, OH 43213-1301
13428330*    +Worlds Foremost Bank,   4800 Nw 1st Street,   Suite 300,   Lincoln, NE 68521-4463
13409356    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
13409355    ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13428299    ##+Financial Asset Management,   Po Box 451409,   Atlanta, GA 31145-9409
13409387    ##+Provident,   Po Box 1844,   Cincinnati, OH 45201-1844
                                                                        TOTALS: 1, * 43, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   First Horizon Home Loans a division of First Tennessee
           Bank National Association agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David W. Raphael    on behalf of Creditor    Nationstar Mortgage, LLC draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James W. Warmbrodt    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
           Bank National Association bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage, LLC pabk@logs.com
          Lawrence W. Willis    on behalf of Debtor Patrick D. Bashioum help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Joint Debtor Tammy L. Bashioum help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Tammy L. Bashioum ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Patrick D. Bashioum ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 10
```