**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PATRICK D. BASHIOUM
TAMMY L. BASHIOUM
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:12-23235 JAD

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/26/2012 and confirmed on 10/10/2012. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 41,047.07 |
| Less Refunds to Debtor | 692.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,355.07 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,400.00 | |
|     Trustee Fee | 1,471.26 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,871.26 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA NA** <br> Acct: 2799 | 0.00 | 4,217.87 | 0.00 | 4,217.87 |
| FIRST HORIZON HOME LOANS <br> Acct: 8485 | 0.00 | 28,750.49 | 0.00 | 28,750.49 |
| BANK OF AMERICA NA** <br> Acct: 2799 | 143.13 | 143.13 | 0.00 | 143.13 |
| FIRST HORIZON HOME LOANS <br> Acct: 8485 | 563.31 | 563.31 | 0.00 | 563.31 |
| | | | | 33,674.80 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ <br> Acct: | 1,429.88 | 1,429.88 | 0.00 | 0.00 |
| PATRICK D. BASHIOUM <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PATRICK D. BASHIOUM <br> Acct: | 692.00 | 692.00 | 0.00 | 0.00 |
| MAZZEI AND ASSOCIATES <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JASON MAZZEI ESQ | 1,911.50 | 1,911.50 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 58.62 | 58.62 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON MAZZEI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-16 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AIS SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9023 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,577.39 | 161.97 | 0.00 | 161.97 |
| Acct: 4189 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8108 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5724 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4653 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2022 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 9,519.52 | 234.42 | 0.00 | 234.42 |
| Acct: 8580 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,784.57 | 167.06 | 0.00 | 167.06 |
| Acct: 8773 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7225 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7760 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4007 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7189 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8554 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6397 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1462 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8744 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2882 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7017 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5996 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8867 | | | | |
| AT & T MOBILITY II LLC | 1,152.27 | 28.37 | 0.00 | 28.37 |
| Acct: 8795 | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2032 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2537 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   FIRST TENNESSEE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6489 | | | | |
|   FRDF/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1765 | | | | |
|   BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9328 | | | | |
|   CAPITAL RECOVERY V LLC | 3,335.58 | 82.14 | 0.00 | 82.14 |
|     Acct: 7096 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4304 | | | | |
|   GEMB / OLD NAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9426 | | | | |
|   WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2358 | | | | |
|   HANCOCK COUNTY SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6902 | | | | |
|   HANCOCK COUNTY SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1788 | | | | |
|   HANCOCK COUNTY SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1710 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8489 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4924 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9322 | | | | |
|   KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1152 | | | | |
|   KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1852 | | | | |
|   AMERICAN INFOSOURCE LP AGENT - MIDI | 1,232.60 | 30.35 | 0.00 | 30.35 |
|     Acct: 1340 | | | | |
|   NATIONWIDE RECOVERY SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5154 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4428 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7305 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 313.69 | 7.73 | 0.00 | 7.73 |
|     Acct: 2358 | | | | |
|   PROVIDENT BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8842 | | | | |
|   PROVIDENT BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2412 | | | | |
|   RADIOSHACK/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5521 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9054 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5245 | | | | |
|   STERLING INC/DBA SHAWS JWLRS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3660 | | | | |
|   TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0318 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0988 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1107 | | | | |
|   TRACT/CBSD++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 12-23235 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 0558 | | | | |
| CITIBANK/UNIVERSAL CARD SVCS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7424 | | | | |
| CITIBANK/UNIVERSAL CARD SVCS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4313 | | | | |
| WORLD FINCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3017 | | | | |
| GANDER MOUNTAIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1698 | | | | |
| WORLDS FOREMOST BANK - CABELAS CI | 3,937.74 | 96.97 | 0.00 | 96.97 |
| Acct: 6849 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7716 | | | | |
| DAVID W RAPHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 809.01 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 34,483.81 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED             706.44
UNSECURED        32,853.36

Date: 08/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com