| Fill in this Information to identify the case: | |
|---|---|

Debtor 1  _Patrick    D    Bashioum_
First Name    Middle Name    Last Name

Debtor 2  _Tammy    L    Bashioum_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Western__ District of __Pennsylvania__
(State)

Case number: _12-23235-JAD_

**RECEIVED**

2021 MAY 28 P 4: 08

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1.  Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 692.00 |
| Claimant's Name: | Gum Financial LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | PO Box 954177 Lake Mary FL 32795 407-706-7235 info@gumfinancial.com |

## 2.  Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐　　Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑　　Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐　　Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐　　Applicant is a representative of the deceased Claimant's estate.

## 3.  Supporting Documentation

☑　　Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4.   Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Pennsylvania
U.S. Courthouse
*700 Grant Street - Suite 4000*
*Pittsburgh PA 15219*

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: _April 7 2021_ | Date: _____ |
| _Margret H Potillo for Gum Financial LLC_<br>Signature of Applicant | _____<br>Signature of Co-Applicant (if applicable) |
| _Margaret H Potillo for Gum Financial LLC_<br>Printed Name of Applicant | _____<br>Printed Name of Co-Applicant (if applicable) |
| Address: _PO Box 954177 Lake Mary FL 32795_ | Address: |
| Telephone: _407-706-7235_ | Telephone: _____ |
| Email: _info@gumfinancial.com_ | Email: _____ |
| **6. Notarization**<br>STATE OF _Florida_<br>COUNTY OF _Seminole_ | **6. Notarization**<br>STATE OF _____<br>COUNTY OF _____ |
| This Application for Unclaimed Funds, dated _04/07/2021_ was subscribed and sworn to before me this _07_ day of _April_, 20 _21_ by<br>_Margaret H Potillo_<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by<br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)   **Natalia Kulikova**   Notary Public _____<br>COMMISSION # GG265466<br>EXPIRES: Oct. 07, 2022<br>BONDED THRU AARON NOTARY<br>My commission expires: _10/07/2022_ | (SEAL)        Notary Public _____<br><br>My commission expires: |

UNITED STATES BANKRUPTCY COURT
Document    Page 3 of 15
WESTERN DISTRICT OF
PENNSYLVANIA

In re

PATRICK D BASHIOUM

TAMMY L BASHIOUM
_____
Debtor(s)

Case No. 14-23235-JAD
_____

Judge:   DELLER

Chapter:  13

## NOTICE OF APPLICATION

GUM FINANCIAL LLC has filed an Application for Payment of Unclaimed Funds with the court. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the application, then on or before **twenty- one (21) days from the date set forth in the certificate of service for the application**, you must file with the court a response explaining your position by mailing your response by first class mail to:

U.S. Bankruptcy Court, 600 Grant Street, Pittsburgh PA 15219

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to:

Name: GUM FINANCIAL LLC

Address: PO BOX 954177, Lake Mary FL 32795

and, *(list below the names and addresses of others to be served)*

Office of U.S. Attorney,700 Grant Street #4000, Pittsburgh PA 15219

Patrick & Tammy Bashioum, 58 3rd Avenue, Atlasburg PA 15004

Paul McElrath, 1641 Saw Mill Run Blvd, Pittsburgh PA 15210

Ronda Winnecour, 600 Grant – Ste 3250, USX Tower, Pittsburgh PA 15219

US Trustee, 1001 Liberty Avenue #970, Pittsburgh PA 15222

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Payment of Unclaimed Funds and its supporting documentation was served on the following by first class mail on the 25th day of May 2021.

**Debtor:**
Patrick & Tammy Bashioum,
58 3rd Avenue,
Atlasburg PA 15004

**Debtor's Attorney:**

Paul McElrath, 1641 Saw Mill Run Blvd, Pittsburgh PA 15210

**Case Trustee:**

Ronda Winnecour, 600 Grant – Ste 3250, USX Tower, Pittsburgh PA 15219

United States Attorney
700 Grant Street #4000
Pittsburgh PA 15219

United States Trustee
1001 Liberty Avenue - #970
Pittsburgh PA 15222

_____
Applicant's signature

Case 12-23235-JAD   Doc 278   Filed 12/14/17   Entered 12/15/17 13:54:27   Desc Main
Document   Page 2 of 2

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
12/12/2017

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| Pittsburgh, PA  15219 | | Erie, PA  16501 |

Re: PATRICK D. BASHIOUM
TAMMY L. BASHIOUM
Case No: 1223235

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s).  The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Patrick D. Bashioum
Tammy L. Bashioum
P.O. Box 6
Atlasburg, PA 15004

CHECK NUMBER <u>1060279</u>      AMOUNT <u>$692.00</u>

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

Case 12-23235-JAD    Doc 274    Filed 12/14/17    Entered 12/15/17 13:54:27    Desc Main
Document    Page 1 of 2

SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**    *1. Intake Clerk ***         *UC*

         *2. Case Administrator*

**FROM:**    *Financial Administrator*

**DATE:**    12/14/2017

**CASE NAME:** Patrick D. Bashioum / Tammy L. Bashioum

**CASE NUMBER:** 12-23235

---

Check Number 1060279 in the amount of $ 692.00 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 13543        **Intake Clerk's Initials** HF

---

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

Pawb LIVE Database Area G6 CM/ECF-BK V4.2.0                                                2/11/21, 3:40 PM

Lawrence W. Willis
(See above for address)

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 02/07/2018 | 277 | Bankruptcy Case Closed. (gbro) (Entered: 02/07/2018) |
| 01/19/2018 | 276 (2 pgs; 2 docs) | Final Decree Signed on 1/19/2018. Appeal Period Case Ready For Closing on 2/5/2018. (gbro) (Entered: 01/19/2018) |
| 01/19/2018 | 275 (4 pgs) | UST Form 13-FR-S: Chapter 13 Standing Trustee Final Report and Account (vde13) (Entered: 01/19/2018) |
| 12/14/2017 | 274 (2 pgs) | Receipt of Funds Received for Deposit into Registry Account. Receipt Number 13543, Fee Amount $692.00 (gbro) (Entered: 12/15/2017) |
| 12/14/2017 | 273 (4 pgs) | Amended Chapter 13 Trustee Report of Receipts and Disbursements Filed by Ronda J. Winnecour. (vde13) (Entered: 12/14/2017) |
| 08/24/2017 | 272 (4 pgs) | Amended Chapter 13 Trustee Report of Receipts and Disbursements Filed by Ronda J. Winnecour. (vde13) (Entered: 08/24/2017) |
| 08/14/2017 | 271 (1 pg) | Creditor Request for Notices on Behalf of Filed by Kohl's (Persofsky, Ryan) (Entered: 08/14/2017) |
| | 270 | Response to Notice of Final Cure Mortgage Payment re: |

*Proof of Prior Address*

**FnlConfPlan, DISCHARGED, CLOSED**

## U.S. Bankruptcy Court
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
## Bankruptcy Petition #: 12-23235-JAD

*Date filed:* 06/26/2012
*Date terminated:* 02/07/2018
*Debtor discharged:* 07/19/2017
*Joint debtor discharged:* 07/19/2017
*Plan confirmed:* 05/13/2016
*341 meeting:* 08/20/2012

*Assigned to:* Judge Jeffery A. Deller
Chapter 13
Voluntary
Asset

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

**Debtor**
**Patrick D. Bashioum**
P.O. Box 6
Atlasburg, PA 15004
WASHINGTON-PA
SSN / ITIN: xxx-xx-7178

represented by **Jason J. Mazzei**
416 E. 2nd Avenue
Tarentum, PA 15084
412-447-8475
Email: jasonmazzei@me.com
*TERMINATED: 03/07/2014*

**Paul W. McElrath, Jr.**
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
412-765-3606
Fax : 412-765-1917
Email: ecf@mcelrathlaw.com

**Lawrence W. Willis**
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com

**Joint Debtor**
**Tammy L. Bashioum**
P.O. Box 6
Atlasburg, PA 15004
WASHINGTON-PA
SSN / ITIN: xxx-xx-8690

represented by **Jason J. Mazzei**
(See above for address)
*TERMINATED: 03/07/2014*

**Paul W. McElrath, Jr.**
(See above for address)

# G.U.M. FINANCIAL

PO Box 954177  -  Lake Mary FL 32795      Telephone: 407-706-7235
Email: info@gumfinancial.com      Website: www.getunclaimedmoney.com

## NOTICE OF ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, **Patrick D and/or Tammy L Bashioum** ("Assignor(s)"), does hereby sell, assign, convey and transfer over and unto G.U.M. Financial LLC ("Assignee"), any and all right, title and interest in and to the below referenced claim(s)/funds:

The Assigned Claim(s) / Funds:

| | |
|---|---|
| **Case Number:** | **12-23235-JAD** |
| **Debtor(s):** | **Patrick D Bashioum and/or Tammy L Bashioum** |
| **Unclaimed Funds:** | **$692.00** |
| **Court:** | **U.S. Bankruptcy Court Western District of Pennsylvania** |

CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY, WARRANTIES OF COLLECTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, this Notice of Assignment is executed this
**11th day of February 2021.**


_____
Signature:  Patrick D Bashioum

_____
Signature:  Tammy L Bashioum

# ASSIGNMENT AGREEMENT

This Assignment Agreement (the "Agreement") is entered into as of **February 11, 2021,** by and between **Patrick D and/or Tammy L Bashioum, 58 3rd Avenue, Atlasburg PA 15004** ("Assignor(s)") and G.U.M. Financial LLC, a Florida Limited Liability Company, PO Box 954177, Lake Mary FL 32795 ("Assignee").

1. Assignor is/was a Debtor in the Case# **12-23235** as filed in the United States Bankruptcy Court of the **Western District of Pennsylvania** ("Bankruptcy Case"). As a Debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the amount of **$692.00** (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign and convey to Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion. Therefore, with both parties being of sound mind, and operating in the manner in which they deem to be in their mutual best interest.

3. For Good and valuable consideration, the Assignor does hereby irrevocably transfer and assign to Assignee, all rights, title and interest in the Claim/Funds.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum of **$484.40** which sum shall be remitted to Assignor. A check will be issued to the Assignor for the above stated amount once this claim is approved.

5. This assignment shall be deemed an absolute and unconditional assignment of Claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Assignor hereby irrevocably appoints Assignee, G.U.M. Financial LLC, as its true and lawful attorney-in-fact to act in the Assignor's stead with respect to the Claim/Funds assigned.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the above Date of this Agreement.

ASSIGNOR(s): **Patrick D and/or Tammy L Bashioum**          ASSIGNEE: Margaret Potillo for G.U.M. Financial LLC

Signature: **Patrick D Bashioum**

Signature: **Tammy L Bashioum**          Signature: Margaret Potillo

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRICK D BASHIOUM

TAMMY L BASHIOUM

CASE NO:  12-23235-JAD

CHAPTER:  13

DEBTOR(S)

The following information is submitted:

1.  A completed Form W-9 or Form AO 213P is attached.

2.  Proof of identification of the Claimant is attached.



# G.U.M. FINANCIAL

PO Box 954177  -  Lake Mary FL 32795      Telephone: 407-706-7235
Email: info@gumfinancial.com        Website: www.getunclaimedmoney.com

## CORPORATE POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

Margaret H Potillo, Managing Member, and Sole Member of G.U.M. Financial LLC ("The LLC"), acting on its behalf hereby state that as such, I am authorized to file applications, affidavits, and/or motions on behalf of G.U.M. Financial LLC for any clients who are seeking recovery of unclaimed, undistributed, or undelivered tenders of funds belonging to them held by the United States, by a state or local municipality, or by an agency of either.

Be it resolved that Margaret H Potillo is hereby authorized and directed for on behalf of The LLC to execute all legal documents as approved by her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete her ability to accomplish these tasks in whatever manner is in the best interests of The LLC. Signatory states that she is authorized to execute this instrument on behalf of The LLC.

Signed this __2nd__ day of __February__, 2021

By _____
Margaret H Potillo

State of  FLORIDA

County of  SEMINOLE

The above-named  Margaret H Potillo  known to be the individual described in (and holding the position designated) appeared before me and is personally known to me (or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed within the instrument.

WITNESS my hand and official seal.

Notary Public _____

My Commission expires: ___10/07/2022___

**Natalia Kulikova**
COMMISSION # GG265466
EXPIRES: Oct. 07, 2022
BONDED THRU AARON NOTARY

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L20000396381
FILED 8:00 AM
December 18, 2020
Sec. Of State
agent02

## Article I

The name of the Limited Liability Company is:

G.U.M. FINANCIAL LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

485 SPECIALTY POINT
SANFORD, FL. 32771

The mailing address of the Limited Liability Company is:

PO BOX 954177
LAKE MARY, FL. 32795

## Article III

The name and Florida street address of the registered agent is:

MARGARET H POTILLO
485 SPECIALTY POINT
SANFORD, FL. 32771

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: MARGARET H POTILLO

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
MARGARET H POTILLO
485 SPECIALTY POINT
SANFORD, FL. 32771.

L20000396381
FILED 8:00 AM
December 18, 2020
Sec. Of State
agent02

## Article V

The effective date for this Limited Liability Company shall be:

01/01/2021

Signature of member or an authorized representative

Electronic Signature: MARGARET H POTILLO

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.