IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Patrick D. and Tammy L. Bashioum | : | Case No. 12-23235-JAD |
| *Debtor(s)* | : | |
| | : | Chapter 13 |
| Gum Financing | : | |
| *Movant(s)* | : | Related to Document No. 278 |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |
| *Respondent(s)* | : | |
| | : | |

## ORDER OF COURT

**WHEREAS** the above-captioned case was closed by previous Order, and the Court is without jurisdiction to consider any further relief being requested,

**NOW THEREFORE**, the *Application to Pay Unclaimed Funds* is hereby **DENIED** without prejudice to the right to refile said request as a *new Application to Pay Unclaimed Funds* along with a Proposed Order and a *Motion to Reopen the Case*, along with a Proposed Order.

Dated: 6/1/2021

Jeffery A. Deller
United States Bankruptcy Judge

#15c-D

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patrick D. Bashioum  
Tammy L. Bashioum  
    Debtors

Case No. 12-23235-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2  
Date Rcvd: Jun 01, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Gum Financial LLC, PO Box 954177, Lake Mary, FL 32795-4177 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor First Horizon Home Loans a division of First Tennessee Bank National Association andygornall@latouflawfirm.com |
| David W. Raphael | on behalf of Creditor Nationstar Mortgage  LLC raphaeld@fnb-corp.com |
| James Warmbrodt | on behalf of Creditor First Horizon Home Loans a division of First Tennessee Bank National Association bkgroup@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage  LLC pabk@logs.com, logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Lawrence W. Willis
    on behalf of Debtor Patrick D. Bashioum ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Tammy L. Bashioum ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Joint Debtor Tammy L. Bashioum ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
    on behalf of Debtor Patrick D. Bashioum ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11